UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTOPHER PETERSON,
Plaintiff,

v.

KAITLYN GROEZINGER, et al.,
Defendants.

Civil Action No. 2:25-cv-11801-MEF-AME

Letter Regarding ADS Submissions Not Reflected on the Docket

Dear Judge Farbiarz and Judge Espinosa:

Plaintiff Christopher Peterson, appearing pro se, respectfully writes regarding certain submissions made through the Court's ADS filing system that do not appear to be reflected on the docket.

On April 6, 2026, at approximately 7:20 p.m., Plaintiff submitted through ADS a single webform filing in this matter identifying three separate documents: (1) "Groezinger opposition," (2) "Oakland/Waldwick letter," and (3) "Gurney letter." The ADS submission confirmation reflects all three documents as part of the same submission.

The Groezinger-related filing appears to have been processed, but the Oakland/Waldwick letter and Gurney letter do not appear to be separately reflected on the docket.

Plaintiff writes only to confirm whether those two submissions were received and are pending processing. If they were not received or were not entered on the docket, Plaintiff respectfully requests leave to promptly re-submit them so that the docket accurately reflects Plaintiff's timely submissions.

Plaintiff is not seeking to burden the Court, but only to ensure that the record is complete and accurately reflects what was submitted through ADS. Plaintiff can attach the ADS submission confirmation in support of this request.

Respectfully submitted,

Christopher Peterson
Plaintiff, Pro Se
Address on file with the Court

Dated: April 17, 2026

   

## ADS Webform Submission: Your filing was submitted and will be processed. Inbox



U.S. District Court for the...    Apr 6
to me

Submitted on Monday, April 6, 2026 - 19:20

Submitted values are:

Name: Christopher Peterson
Phone Number: 5153068899
Email Address: christopherpeterson847@gmail.com
Email Address Confirm:
christopherpeterson847@gmail.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:25-cv-11801
Case Caption: Peterson V Groezinger
Document 1 Description: Groezinger opposition
 ==More Documents==
   Document 2 Description: Oakland/Waldwick letter
   Document 3 Description: Gurney letter
   Document 4 Description:
   Document 5 Description: