UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTOPHER PETERSON,

Plaintiff,

v.

KAITLYN GROEZINGER, et al.,

Defendants.

Civil Action No. 2:25-cv-11801-MEF-AME

Honorable André M. Espinosa, U.S.M.J.

RE: Request for Extension of Deadline to Seek Leave to Amend

Dear Judge Espinosa:

Plaintiff Christopher Peterson respectfully requests a thirty (30) day extension of the current June 9, 2026 deadline to seek leave to file a Second Amended Complaint.

This is Plaintiff's first request for an extension of the deadline established by the Court's May 8, 2026 Text Order.

This request is made in good faith and not for purposes of delay. Since the filing of the Amended Complaint, Plaintiff has learned additional facts that may materially affect the claims, parties, and allegations to be included in a proposed Second Amended Complaint. Several of these facts were not known to Plaintiff at the time the Amended Complaint was filed.

In addition, Plaintiff is evaluating whether certain defendants and claims should be removed and whether additional defendants and claims should be added based upon newly discovered information. Plaintiff is proceeding pro se and is attempting to present a single comprehensive

proposed Second Amended Complaint rather than requiring multiple amendment requests or piecemeal revisions.

Plaintiff respectfully seeks this extension before expiration of the current deadline so that he may submit a complete and properly supported motion for leave to amend addressing newly discovered facts, the removal of certain parties and claims, and the addition of parties and claims that Plaintiff contends were not previously known.

Plaintiff respectfully submits that a brief extension will promote judicial economy by allowing the Court and the parties to address one consolidated proposed pleading that reflects the most complete factual record presently available. Plaintiff further submits that no party will be unfairly prejudiced by the requested extension.

Accordingly, Plaintiff respectfully requests that the deadline to seek leave to amend be extended from June 9, 2026, to July 9, 2026.

Thank you for the Court's consideration.

Respectfully submitted,

Christopher Peterson
Plaintiff Pro Se
Address on file with the Court
christopherpeterson847@gmail.com

Dated: June 5, 2026