# MKCI

## McGIVNEY KLUGER CLARK & INTOCCIA

### A COMMITMENT TO EXCELLENCE

**290 WEST MT PLEASANT AVE, SUITE 4200**
**LIVINGSTON, NEW JERSEY 07039**
**(973) 822-1110 – TELEPHONE**
**(973) 822-1116 – FACSIMILE**
**www.mkcilaw.us.com**

June 16, 2026

**VIA ECF**
Hon. Andre M. Espinosa, U.S.M.J.
U.S. District Court for the
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:** **Christopher Peterson v. Kaitlyn Groezinger, et al.**
> **Case 2:25-cv-11801-MEF-AME**

Dear Judge Espinosa:

As Your Honor will recall, this firm represents the defendant, The Behaved Brain LLC, in connection with the above-referenced status. On this date, our office was served via ECF with a copy of a letter filed by Christopher Peterson on June 5, 2026, in which he sought an extension of time to file a motion seeking to amend his complaint. Mr. Peterson submitted his letter application to the Court via the Alternate Document Submission (ADS) webform, which was then transmitted to all parties some eleven (11) days later. Mr. Peterson did not serve a copy of that correspondence on counsel upon filing the letter with the Court.

Defendant does not object to the relief requested by Mr. Peterson, which was an extension of time to pursue motion practice permitting the filing of an amended complaint until July 9, 2026. However, Defendant respectfully asks that if such an extension is permitted, that the Court order Mr. Peterson to serve – by e-mail, or by overnight delivery – copies of the motion on all counsel of record, in order to avoid inadvertent delays in receiving and in being able to timely respond to such filing.

| LIVINGSTON, NJ | HARTFORD, CT | BROOKLYN, NY | NEW YORK, NY | BOSTON, MA |
|---|---|---|---|---|
| (973) 822-1110 | (860) 404-3000 | (212) 509-3456 | (212) 509-3456 | (617) 766-5540 |
| PHILADELPHIA, PA | CORAL SPRINGS, FL | SYRACUSE, NY | BUFFALO, NY | FRISCO, TX |
| (215) 557-1990 | (954) 775-9030 | (315) 473-9648 | (315) 473-9648 | (469) 287-5500 |

- 2 -

This has been a consistent problem during this litigation. By way of example, on March 2, 2026, this Court entered a text order obligating Plaintiff to refile legible copies of his opposition to various defendants' motions to dismiss. [ECF No. 77]. On March 24, 2026, Mr. Peterson e-mailed me a letter regarding his supposed compliance with the Court's March 2, 2026 order – by attesting that he had refiled legible copies of the opposition papers. Mr. Peterson did not serve the undersigned, or any other party, as far as I can discern, with the actual papers themselves. This is inappropriate and the Plaintiff should be directed to appropriately serve all parties with all papers that are filed with the Court, contemporaneously with their filing.

I thank the Court for its consideration of this application.

Respectfully submitted,
**McGIVNEY, KLUGER,**
**CLARK & INTOCCIA, P.C.**

/s/ Thomas Emala
**THOMAS E. EMALA**

cc:    All Counsel of Record (via ECF)
       Christopher Peterson (via e-mail)

- 2 -