

 U.S. District Court for the Distri...
Mar 3

to me ⌄

Submitted on Tuesday, March 3, 2026 - 00:54

Submitted values are:

Name: Christopher Peterson
Phone Number: 5153068899
Email Address: christopherpeterson847@gmail.com
Email Address Confirm:
christopherpeterson847@gmail.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:25-cv-11801
Case Caption: Peterson V Groezinger
Document 1 Description: Corrected Legible Copy of DE 72
  ==More Documents==
   Document 2 Description: Corrected Legible Copy of DE 73

•••

↩ Reply       ↪ Forward