



Thomas E. Emala  5:33 PM

to me, jsharron@sharronlaw.com, j... ∨

Good afternoon Mr. Peterson,

Thank you. I've received these papers. I appreciate the e-mail.

Could you kindly send me a copy of the opposition papers that you filed in compliance with this Court's Text Order of March 2, 2026. I have not seen legible copies of those papers. Thank you very much for your attention to this request.

Best,
Tom Emala



**McGIVNEY KLUGER CLARK & INTOCCIA**
A COMMITMENT TO EXCELLENCE

**Thomas E. Emala**
*Partner*

290 W. Mt. Pleasant Ave, Suite 4200

Livingston, New Jersey 07039

www.mkcilaw.us.com

| | |
|---|---|
| Cell Phone | 551-206-0880 |
| Reception | 973-822-1110 |
| Direct | 973-805-6629 |
| Fax | 973-822-1116 |

Livingston, NJ | Coral Springs, FL | New York | Philadelphia | Syracuse | Buffalo | Hartford | Frisco, TX | Boston | Providence, RI



The information contained in this email message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and such is privileged and confidential. If the reader of this message is not the intended recipient or an agent respo... delivering it to the intended recipient, you are hereby notified that

