# McGIVNEY KLUGER CLARK & INTOCCIA

## MKCI

### A COMMITMENT TO EXCELLENCE

**290 WEST MT PLEASANT AVE, SUITE 4200**
**LIVINGSTON, NEW JERSEY 07039**
**(973) 822-1110 – TELEPHONE**
**(973) 822-1116 – FACSIMILE**
**www.mkcilaw.us.com**

July 13, 2026

**VIA ECF**
Hon. Andre M. Espinosa, U.S.M.J.
U.S. District Court for the
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07102

**SO ORDERED.**

 */s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge
Dated: July 14, 2026

Re:   **Christopher Peterson v. Kaitlyn Groezinger, et al.**
     **Case 2:25-cv-11801-MEF-AME**

Dear Judge Espinosa:

As Your Honor may recall, this firm represents the defendant, The Behaved Brain LLC, in connection with the above-referenced action. I am writing to request that this Court adjourn the Plaintiff's pending motion in which he seeks leave to file a Second Amended Complaint. This request is joined by defendants Kaitlyn Groezinger, Bryan Gurney, Mark Messner, Lawrence Kleiner, Dylan Ritondale, Borough of Waldwick, Borough of Oakland, Donald Harvey, Matthew Lopez, and Han Anderson. Plaintiff has courteously offered his consent to this request. No other party has objected or taken any position with respect to the requested adjournment.

Presently, the motion has been listed with a return date of August 3, 2026. Defendants ask that the motion be adjourned for two (2) motion dates, until September 8, 2026. The basis of the adjournment request is to accommodate the upcoming deposition, trial, and vacation schedules of

| LIVINGSTON, NJ | HARTFORD, CT | BROOKLYN, NY | NEW YORK, NY | BOSTON, MA |
|---|---|---|---|---|
| (973) 822-1110 | (860) 404-3000 | (212) 509-3456 | (212) 509-3456 | (617) 766-5540 |
| PHILADELPHIA, PA | CORAL SPRINGS, FL | SYRACUSE, NY | BUFFALO, NY | FRISCO, TX |
| (215) 557-1990 | (954) 775-9030 | (315) 473-9648 | (315) 473-9648 | (469) 287-5500 |

defense counsel. Based on the present return date, opposition to the instant motion will be due on July 20, 2026, a date on which several of the attorneys engaged in this action are presently scheduled to commence trial. Plaintiff's application is a voluminous one – with a proposed Second Amended Complaint that itself spans ninety-two (92) pages - that requires adequate time to review and respond to. An adjournment until September 8, 2026 will permit the parties sufficient time to respond to the application appropriately.

This adjournment would render opposition papers, if any, due on August 25, 2026; and any reply briefing due on September 1, 2026. No prejudice will be visited on any party by virtue of the within adjournment. To the contrary, good cause to adjourn the instant motion exists and would permit an appropriate adjudication of the issues raised on the merits.

I thank the Court for its consideration of this application.

Respectfully submitted,
**McGIVNEY, KLUGER,**
**CLARK & INTOCCIA, P.C.**

/s/ Thomas Emala
**THOMAS E. EMALA**

cc:     All Counsel of Record (via ECF)
        Christopher Peterson (via e-mail)