JENNIFER DAVENPORT
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Defendants,*
*the Hon. Michael Antoniewicz, J.S.C.,*
*the Hon. Michael Blee, J.A.D.,*
*the Hon. Frances McGrogan, J.S.C.,*
*the Hon. Gary Wilcox, J.S.C.,*
*Robin Morante, Lee Schaer and David Tang*

By: David J. Coppola (Attorney ID#228962017)
Deputy Attorney General
(609) 376-2440
david.coppola@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| CHRSTOPHER PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>KAITLYN GROEZINGER, et al.,<br><br>Defendants. | Hon. Michael E. Farbiarz, U.S.D.J.<br>Hon. Andre M. Espinosa, U.S.M.J.<br><br>DOCKET NO.: 2:25-CV-11801-MEF-AME<br><br>Civil Action<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that, on the below date, the following documents were electronically filed with the Clerk of this Court and via the CM/ECF Filing system:

(1)Brief; and

(2) Certification of Service.

I further certify that copies of those documents will be sent via the Court’s electronic filing system and via regular mail to:

Christopher Peterson
25 Main Street, Suite 202
Hackensack, NJ 07601

I certify that the foregoing statements made by me are true. I acknowledge that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/David J. Coppola
David J. Coppola
Deputy Attorney General

Dated: January 20, 2026