Thomas A. Keenan †*
Ian C. Doris †

# KEENAN & DORIS LLC

ATTORNEYS AT LAW

David Scheidel II
Erdal Turnacioglu
of Counsel

E-Mail: idoris@keenandoris.com
**Our File No.: 1006-26**

71 Union Avenue, Suite 105
Rutherford, New Jersey 07070
Telephone (201) 355-8110
Facsimile (201) 355-8118

† Certified by the Supreme Court of New Jersey as Civil Trial Attorney
* Also Admitted in DC
†† Also Admitted in NY

August 24, 2026

**VIA ECF**
Magistrate Judge Andre M. Espinosa
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE: Peterson v. Gurney**
**Civil Action No.: 2:25-CV-011801**

Dear Magistrate Espinosa:

Keenan & Doris, LLC represent Defendant Bryan Gurney, the former Police Chief of Ramsey in the above captioned matter. Plaintiff's Motion seeking leave to file a Second Amended Complaint is returnable September 8, 2026. Defendant's Opposition is due tomorrow, August 25, 2026. Unfortunately, we are short-staffed this week with two unforeseen and unplanned long term absences. Defendant asks that the motion be adjourned until October 5, 2026. This adjournment would render Defendant's opposition papers due on September 21, 2026. By copy of this letter we are notifying all counsel including Pro Se Plaintiff, Christopher Peterson via email of this adjournment request.

Thank you for your attention to this matter.

Respectfully,
KEENAN & DORIS, LLC
*Ian C. Doris*
Ian C. Doris

ICD/aa
C: Christopher Peterson, Pro Se