PFUND MCDONNELL & SHEPARD, P.C.
ATTORNEYS AT LAW

DAVID T. PFUND #
MARY C. MCDONNELL #
GERALD A. SHEPARD
ROBERT C. PRINGLE
# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY
07450

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE
2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE
170 Old Country Road
Suite 608
Mineola, NY 11501

August 25, 2026

***VIA ECF***
Hon. Andre M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: **Peterson v. Groezinger**
**Case No. 25-cv-11801**

Dear Judges Espinosa:

This office represents the Waldwick Police Defendants and the Oakland Police Defendants in connection with the above referenced matter.

Please accept this letter as confirmation that the return date for Plaintiff's Motion For Leave to File Second Amended Complaint has been adjourned to October 5, 2026.

This letter shall further confirm that all defendants' opposition papers shall be filed on or before September 21, 2026 and Plaintiff's deadline to file a consolidated reply to any and all opposition is extended to October 5, 2026.

Thank you for your attention and courtesies to the above.

Respectfully submitted,

MARY C. MCDONNELL

MCM/mm