Ian C. Doris, Esq./022481993
Keenan & Doris, LLC
71 Union Ave., Suite 105
Rutherford, New Jersey 07070
201-355-8110
idoris@keenandoris.com
Attorneys for Defendant, Bryan Gurney
Our File No.: 1006-26-51

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER PETERSON, Plaintiff,<br><br>vs.<br><br>KAITLYN GROEZINGER, in her individual capacity, BRYAN GURNEY, in his individual capacity, MICHAEL BLEE, J.A.D., Acting Administrative Direct of the Courts of the State of New Jersey, in his official capacity, DAVID TANG, Chief of the Family Practice Division within the Administrative Director of the Courts of the State of New Jersey, in his official capacity, GARY WILCOX, Judge, New Jersey Superior Court, Criminal Division, Bergen County in his official capacity, MICHAEL ANTONIEWICZ , Judge, New Jersey Superior Court, Family Division Bergen County in his official capacity, Waldwick Police Chief, MARK MESSNER, in his official capacity, former Bergen County Assistant Prosecutor, LEE SCHAER, in her individual capacity, LAWRENCE KLEINER, in his individual capacity, FRANCES MCGROGAN, Judge, New Jersey Superior Court, Criminal Division, and Chancery Division, Family Part, Bergen County, in her official capacity, THE BEHAVED BRAIN, LLC<br>Defendant. | Civil Action No: 2:25-cv-11801<br><br>**NOTICE OF APPEARANCE** |

TO: CLERK OF COURT (VIA CM/ECF)
ALL COUNSEL OF RECORD (VIA CM/ECF)

PLEASE TAKE NOTICE that the undersigned, David F. Scheidel, Esq., is hereby designated as **co-counsel** for Defendant Bryan Gurney.

PLEASE TAKE FURTHER NOTICE a copy of all future court notices should also be directed to David F. Scheidel, and all mailed correspondence should **also** be addressed as follows:

David F. Scheidel, Esq.
Keenan & Doris, LLC
71 Union Avenue, Suite 105
Rutherford, NJ 07070
dscheidel@keenandoris.com

KEENAN & DORIS, LLC

By: /s/ *David F. Scheidel*
David F. Scheidel, Esq.

DATED: September 18, 2026