**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ***Plaintiff*,**<br>CHRISTOPHER PETERSON,<br><br>v.<br><br>***Defendants*,**<br>KAITLYN GROEZINGER, BRYAN GURNEY, MARK MESSNER, BOROUGH OF WALDWICK, BOROUGH OF OAKLAND, BOROUGH OF RAMSEY, MEREDITH BENDIAN, in her individual capacity and official capacity as Borough Clerk and/or records custodian for the Borough of Ramsey, DONALD HARVEY, MATTHEW LOPEZ, HANK ANDERSON, DYLAN RITONDALE, OFFICER BERNHARD, Badge No. 61, first name presently unknown, SERGEANT CHRISTOPER SANCHEZ, LAWRENCE KLEINER, THE BEHAVED BRAIN, LLC, ROBIN NORANTE, in her official capacity as Chief of Court and Judicial Secretary for the State of New Jersey, and JOHN DOES 1-20. | Civil Action Case No.: 2:25-cv-11801 (MEF-AME)<br><br>**CERTIFICATE OF SERVICE** |

I, MARY C. MCDONNELL, Esq. being of full age, hereby deposes and says:

1. I am an attorney with the law firm of Pfund McDonnell & Shepard, P.C., attorneys for Defendants Mark Messner, the Borough of Waldwick, the Borough of Oakland, Donald Harvey, Matthew Lopez, Hank Anderson, Dylan

Ritondale, Officer Bernhard, and Christopher Sanchez in the above referenced matter.

2. On or about September 21, 2026, I caused the within opposition to Plaintiff's Motion Seeking Leave to Amend the Complaint to be electronically filed to District Court Judge Michael E. Farbiarz, U.S.D.J. and all counsel and served via regular mail to the Pro Se Plaintiff.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**PFUND MCDONNELL, P.C.**
*Attorneys for Defendants, Chief Mark Messner, Dylan Ritondale, Borough of Waldwick, Borough of Oakland, Donald Harvey, Matthew Lopez, Hank Anderson, Officer Bernhard, and Sergeant Christopher Sanchez*

**By**: *s/ Mary C. McDonnell, Esq.*
MARY C. MCDONNELL, ESQ.

Dated: September 21, 2026