**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ***Plaintiff,*** <br> CHRISTOPHER PETERSON, <br><br> **v.** <br><br> ***Defendants,*** <br> KAITLYN GROEZINGER, BRYAN GURNEY, MARK MESSNER, BOROUGH OF WALDWICK, BOROUGH OF OAKLAND, BOROUGH OF RAMSEY, MEREDITH BENDIAN, in her individual capacity and official capacity as Borough Clerk and/or records custodian for the Borough of Ramsey, DONALD HARVEY, MATTHEW LOPEZ, HANK ANDERSON, DYLAN RITONDALE, OFFICER BERNHARD, Badge No. 61, first name presently unknown, SERGEANT CHRISTOPER SANCHEZ, LAWRENCE KLEINER, THE BEHAVED BRAIN, LLC, ROBIN NORANTE, in her official capacity as Chief of Court and Judicial Secretary for the State of New Jersey, and JOHN DOES 1-20. | Civil Action Case No.: 2:25-cv-11801 (MEF-AME) <br><br> **CERTIFICATION OF MARY C. MCDONNELL, ESQ.** |

**MARY C. MCDONNELL, ESQ.,** of full age, hereby certifies as follows:

1. I am an Attorney-at-Law of the State of New Jersey and of the law firm of Pfund McDonnell, PC, attorneys for Defendants Chief Mark Messner, Dylan Ritondale, the Borough of Waldwick, the Borough of Oakland, Donald Harvey, Matthew Lopez, Officer Bernhard and Hank Anderson in the above-captioned matter

(hereinafter the Oakland and Waldwick Defendants). As such, I am responsible for the handling of the within matter, and I am fully familiar with the facts and circumstances set forth.

2. I submit this certification in support of the Oakland and Waldwick's Opposition to Plaintiff's Motion seeing Leave to Amend his Complaint.

3. Attached hereto as Exhibit "A" is a true and accurate copy of Plaintiff's Tort Claims Notice filed on March 5, 2020.

4. Attached hereto as Exhibit "B" is a true and accurate copy of an OPRA request filed with the Borough of Waldwick by codefendant Brian Gurney on December 19, 2019.

5. Attached hereto as Exhibit "C" is a true and accurate copy of the Waldwick Police Report dated April 17, 2020.

6. Attached hereto as Exhibit "D" is a true and accurate copy of the Oakland Police Reports dated June 5, 2025.

7. Attached hereto as Exhibit "E" is a true and accurate copy of an August 29, 2025 letter from the Bergen County Prosecutor's Office.

8. Attached hereto as Exhibit "F" is a true and accurate copy of the Waldwick Police Reports dated August 19, 2025.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**PFUND MCDONNELL, P.C.**
*Attorneys for Defendants, Chief Mark Messner, Dylan Ritondale, the Borough of Waldwick, the Borough of Oakland, Donald Harvey, Matthew Lopez, and Hank Anderson (improperly plead as Han Anderson)*

**By**:__*/s/ Mary C. McDonnell, Esq.*
MARY C. MCDONNELL, ESQ.

Dated: September 21, 2026